IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **IN RE: EMERSON ELECTRIC CO.** ) <br> **WET/DRY VAC MARKETING AND** ) <br> **SALES LITIGATION**, ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT APPLIES TO:** ) <br> ) <br> ALL ACTIONS ) | MDL No. 2382 <br><br> Civil Action No. 4:12-md-2382-HEA |

## MOTION TO EXCLUDE THE OPINION OF STEFAN BOEDEKER

Defendant Emerson Electric Co. ("Emerson") moves to exclude the expert testimony and report of Plaintiffs' expert Stefan Boedeker.

Emerson hereby incorporates its Memorandum of Law in Support of its Motion to Exclude the Opinion of Stefan Boedeker ("Memorandum") and the exhibits attached to the Memorandum just as if they were explicitly set forth herein.

WHEREFORE, Emerson respectfully requests the Court exclude the expert testimony and report of Plaintiffs' expert Stefan Boedeker and for such other and further relief to Emerson this Court deems just and proper.

8301134

Dated: June 19, 2017

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/  Joseph C. Orlet
    Joseph C. Orlet, #37732MO
    joseph.orlet@huschblackwell.com
    Matthew R. Grant, #50312MO
    matt.grant@huschblackwell.com
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105
    (314) 480-1500
    (314) 480-1505 Fax

*Attorneys for Defendant Emerson Electric Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of June, 2017, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

John G. Simon, Esq.
jsimon@simonlawpc.com
Anthony G. Simon, Esq.
asimon@simonlawpc.com
Michael P. Kella
mkella@simonlawpc.com
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
**CO-LEAD COUNSEL**

Richard J. Arsenault
rarsenault@nbalawfirm.com
**NEBLETT, BEARD & ARSENAULT**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309

Eric D. Holland, Esq.
eholland@allfela.com
R. Seth Crompton, Esq.
scrompton@allfela.com
**HOLLAND LAW FIRM**
300 North Tucker Boulevard, Suite 801
St. Louis, Missouri 63101

Charles E. Schaffer
Keith Verrier
CSchaffer@lfsblaw.com
KVerrier@lfsblaw.com
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jay Patrick Dinan, Esq.
JDinan@yourlawyer.com
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL  34134

**EXECUTIVE COMMITTEE**

Reginald Von Terrell, Esq.
Reggie2@aol.com
**THE TERRELL LAW GROUP**
Post Office Box 13315, PMB #148
Oakland, CA 94661

**COUNSEL FOR PLAINTIFFS**

Jordan L. Chaikin, Esq.
jordan@chaikinlawfirm.com
**CHAIKIN LAW FIRM PLLC**
12800 University Dr, Ste. 600
Fort Myers, FL 33907-5349
Telephone: (239) 470-8338
Facsimile: (239) 433-6836

**COUNSEL FOR  LAUREN CHECKI**

Adam R. Gonnelli, Esq.
gonnellia@thesultzerlawgroup.com
**THE SULTZER LAW GROUP, PC**
280 Highway 35, Suite 304
Red Bank, NJ 07701
**COUNSEL FOR RAYMOND GRAY**

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Joseph C. Orlet*

3