IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **IN RE: EMERSON ELECTRIC CO.** ) **WET/DRY VAC MARKETING AND** ) **SALES LITIGATION**,            ) ) ) ) **THIS DOCUMENT APPLIES TO:**      ) ) ALL ACTIONS                                 ) | MDL No. 2382 Civil Action No. 4:12-md-2382-HEA |

**MOTION TO STAY THE DISTRICT COURT'S PROCEEDINGS**

Defendant Emerson Electric Co. ("Emerson") moves the Court to stay its proceedings pending final resolution of Emerson's pending request for an interlocutory appeal and review by the Eighth Circuit.

Emerson hereby incorporates its Memorandum in Support of its Motion to Stay and the exhibit attached to the Memorandum just as if they were explicitly set forth herein.

Wherefore, Emerson respectfully prays that the Court stay the case pending final resolution of Emerson's appellate effort(s) and for such further relief as the Court deems just and proper.

71938

Respectfully Submitted,

HUSCH BLACKWELL LLP

By:   /s/ Joseph C. Orlet
      Joseph C. Orlet, #37732MO
      joseph.orlet@huschblackwell.com
      Matthew R. Grant, #50312MO
      matt.grant@huschblackwell.com
      190 Carondelet Plaza, Suite 600
      St. Louis, Missouri 63105
      (314) 480-1500
      (314) 480-1505 Fax

*Attorneys for Defendant Emerson Electric Co.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 2nd day of January, 2018, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

John G. Simon, Esq.
jsimon@simonlawpc.com
Anthony G. Simon, Esq.
asimon@simonlawpc.com
Michael P. Kella
mkella@simonlawpc.com
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
**CO-LEAD COUNSEL**

Eric D. Holland, Esq.
eholland@allfela.com
R. Seth Crompton, Esq.
scrompton@allfela.com
**HOLLAND LAW FIRM**
300 North Tucker Boulevard
Suite 801
St. Louis, Missouri 63101

Richard J. Arsenault
rarsenault@nbalawfirm.com
**NEBLETT, BEARD & ARSENAULT**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309

Charles E. Schaffer
Keith Verrier
CSchaffer@lfsblaw.com
KVerrier@lfsblaw.com
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA19106

Jay Patrick Dinan, Esq.
JDinan@yourlawyer.com
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL  34134
**EXECUTIVE COMMITTEE**

Reginald Von Terrell, Esq.
Reggie2@aol.com
**THE TERRELL LAW GROUP**
Post Office Box 13315, PMB #148
Oakland, CA 94661
**COUNSEL FOR PLAINTIFFS**

Adam R. Gonnelli, Esq.
gonnellia@thesultzerlawgroup.com
**THE SULTZER LAW GROUP, PC**
280 Highway 35, Suite 304
Red Bank, NJ 07701
**COUNSEL FOR RAYMOND GRAY**

Jordan L. Chaikin, Esq.
jordan@chaikinlawfirm.com
**CHAIKIN LAW FIRM PLLC**
12800 University Dr, Ste. 600
Fort Myers, FL 33907-5349
Telephone: (239) 470-8338
Facsimile: (239) 433-6836
**COUNSEL FOR  LAUREN CHECKI**

  /s/ *Joseph C. Orlet*

4