IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: EMERSON ELECTRIC CO. WET/DRY VAC MARKETING AND SALES LITIGATION, | ) ) ) ) ) ) ) ) ) | MDL No. 2382<br><br>Civil Action No. 4:12-md-2382-HEA |
| **THIS DOCUMENT APPLIES TO:** | | |
| ALL ACTIONS | | |

### ORDER GRANTING AMENDED JOINT MOTION FOR PROPOSED DEADLINES FOR PLAINTIFFS' ANTICIPATED MOTION TO AMEND COMPLAINT TO ADD PARTIES

Upon consideration of the parties' Amended Joint Motion for Proposed Deadlines for Plaintiffs' Anticipated Motion to Amend Complaint to Add Parties, and good cause appearing, the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines in this matter are amended as follows:

A. Deadline for Plaintiffs to file their Motion requesting leave to amend their operative complaint to add new plaintiffs: May 8, 2020.

B. Deadline for Defendant to file its Response to Plaintiffs' Motion requesting leave to amend their operative complaint and add new plaintiffs: May 22, 2020.

C. Deadline for Plaintiffs to file their reply in support of their motion seeking leave to amend their operative complaint and add new plaintiffs: June 5, 2020.

Dated this 26th day of March, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE