IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **IN RE: EMERSON ELECTRIC CO.** ) | |
| **WET/DRY VAC MARKETING AND** ) | |
| **SALES LITIGATION,** ) | MDL No. 2382 |
| ) | |
| ) | Civil Action No. 4:12-md-2382-HEA |
| ) | |
| **THIS DOCUMENT APPLIES TO:** ) | |
| ) | |
| ALL ACTIONS ) | |

### JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT SCHEDULING PLAN

Plaintiffs and Defendant ("Movants"), by and through counsel, respectfully requests that the present deadline for the parties' submission of a Proposed Joint Scheduling Plan be extended by two (2) days to May 14, 2021. The parties' present deadline for a Joint Proposed Scheduling Plan is May 12, 2021. The Court has set a Rule 16 Conference in connection with this matter for May 19, 2021.

In support of this Joint Motion, Movants state that they have been diligently working towards an agreed upon schedule for the Court's consideration but that they require additional time to complete their efforts.

WHEREFORE, Movants respectfully request that the Court grant their joint Motion to Extend the Deadline for Joint Scheduling Plan by two (2) days to May 14, 2021, or to such other date(s) as the Court deems convenient and appropriate.

4812-3802-8777

Respectfully submitted,

| | |
|---|---|
| HOLLAND LAW FIRM | HUSCH BLACKWELL LLP |
| By: /s/ *R. Seth Crompton (by consent)*<br>Eric D. Holland #39935MO<br>eholland@allfela.com<br>R. Seth Crompton #57448MO<br>scrompton@allfela.com<br>300 North Tucker Boulevard, Suite 801<br>St. Louis, Missouri 63101<br>Telephone: (314) 241-8111<br>Facsimile: (314) 241-5554 | By: /s/ *Matthew R. Grant*<br>Joseph C. Orlet, #37732MO<br>joseph.orlet@huschblackwell.com<br>Matthew R. Grant, #50312MO<br>matt.grant@huschblackwell.com<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>Telephone: (314) 480-1500<br>Facsimile: (314) 480-1505 |
| and | and |
| THE SIMON LAW FIRM, P.C.<br>John G. Simon, # 35231MO<br>jsimon@simonlawpc.com<br>Anthony G. Simon, # 38745MO<br>asimon@simonlawpc.com<br>800 Market Street, Suite 1700<br>St. Louis, Missouri 63101<br>Telephone: 314.241.2929<br>Facsimile: 314.241.2029 | DOWD BENNETT<br>James F. Bennett<br>jbennett@dowdbennett.com<br>Hannah F. Preston<br>hpreston@dowdbennett.com<br>7733 Forsyth, Suite 1900<br>St. Louis, MO 63105<br>Telephone: (314) 889-7399<br>Facsimile: (314) 863-2111 |
| ***Co-Lead Counsel*** | ***Attorneys for Defendant Emerson Electric Co.*** |
| Richard J. Arsenault<br>rarsenault@nbalawfirm.com<br>**NEBLETT, BEARD & ARSENAULT**<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, Louisiana 71309<br>Telephone: (216) 621-8484<br>Facsimile: (216)771-1632 | Charles E. Schaffer<br>cschaffer@lfsblaw.com<br>**LEVIN, FISHBEIN, SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 19106<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663 |
| Jay Patrick Dinan<br>JDinan@yourlawyer.com<br>**PARKER WAICHMAN LLP**<br>27300 Riverview Center Blvd.<br>Suite 103<br>Bonita Springs, FL 34134<br>Telephone: (239) 390-1000<br>Facsimile: (239) 390-0055 | John R. Climaco, Esq.<br>jrclim@climacolaw.com<br>**CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., L.P.A.**<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113<br>Telephone: (216) 621-8484<br>Facsimile: (216) 771-1632 |
| | ***Executive Committee*** |

2

>Reginald Terrell, Esq.
>Reggie2@aol.com
>**THE TERRELL LAW GROUP**
>Post Office Box 13315, PMB #148
>Oakland, California 94661
>Telephone: (510) 237-9700
>Facsimile: (510) 237-4616
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2021, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon all counsel of record entered in this matter.

>*/s/ Matthew R. Grant*