UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **IN RE: EMERSON ELECTRIC CO.** ) | |
| **WET/DRY VAC MARKETING AND** ) | |
| **SALES LITIGATION**, ) | MDL No. 2382 |
| ) | |
| ) | Case No.. 4:12MD2382   HEA |
| ) | |
| **THIS DOCUMENT APPLIES TO:** ) | |
| ) | |
| ALL ACTIONS ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 set for May 19, 2021, is vacated.   The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 18th day of May, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE