IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **IN RE: EMERSON ELECTRIC CO.** )<br>**WET/DRY VAC MARKETING AND** )<br>**SALES LITIGATION**,             )<br>                              )<br>                              )<br>                              )<br>**THIS DOCUMENT APPLIES TO:**  )<br>                              )<br>ALL ACTIONS                    ) | MDL No. 2382<br><br>Civil Action No. 4:12-md-2382-HEA |

## MOTION TO EXCLUDE THE OPINIONS OF STEFAN BOEDEKER

Defendant Emerson Electric Co. ("Emerson") moves to exclude the expert testimony and reports of Plaintiffs' expert Stefan Boedeker.

Emerson hereby incorporates its Memorandum of Law in Support of its Motion to Exclude the Opinions of Stefan Boedeker ("Memorandum") and the exhibits attached to the Memorandum just as if they were explicitly set forth herein.

WHEREFORE, Emerson respectfully requests the Court exclude the expert testimony and reports of Plaintiffs' expert Stefan Boedeker and for such other and further relief to Emerson this Court deems just and proper.

Dated: August 16, 2021	Respectfully submitted,

                        HUSCH BLACKWELL LLP

By:  */s/Joseph C. Orlet*
     Joseph C. Orlet, #37732MO
     Matthew R. Grant, #50312MO
     190 Carondelet Plaza, Suite 600
     St. Louis, Missouri 63105
     (314) 480-1500
     (314) 480-1505 Fax
     joseph.orlet@huschblackwell.com
     matt.grant@huschblackwell.com

     Michael Klebanov, #66540MO
     750 17th Street, NW, Suite 900
     Washington, D.C. 20006-4675
     (202) 378-2363
     (202) 378-2319 Fax
     Michael.Klebanov@huschblackwell.com

        and

     DOWD BENNETT

     James F. Bennett, #46826MO
     Hannah F. Preston, #59296MO
     7733 Forsyth, Suite 1900
     St. Louis MO 63105
     (314) 889-7300 (Phone)
     (314) 863-2111 (Fax)
     jbennett@dowdbennett.com
     hpreston@dowdbennett.com

     *Attorneys for Defendant Emerson Electric Co.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of August, 2021, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon all counsel of record entered in this matter.

          /s/ *Joseph C. Orlet*