IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **IN RE: EMERSON ELECTRIC CO.** )<br>**WET/DRY VAC MARKETING AND** )<br>**SALES LITIGATION**, )<br>)<br>)<br>)<br>**THIS DOCUMENT APPLIES TO:** )<br>)<br>ALL ACTIONS )  | MDL No. 2382<br><br>Civil Action No. 4:12-md-2382-HEA |

## MOTION TO EXCLUDE THE OPINIONS OF LAURENCE W. NAGEL

Defendant Emerson Electric Co. ("Emerson") moves to exclude the expert testimony and report of Plaintiffs' expert Laurence W. Nagel.

Emerson hereby incorporates its Memorandum of Law in Support of its Motion to Exclude the Opinions of Laurence W. Nagel ("Memorandum") and the exhibits attached to the Memorandum just as if they were explicitly set forth herein.

WHEREFORE, Emerson respectfully requests the Court exclude the expert testimony and report of Plaintiffs' expert Laurence W. Nagel and for such other and further relief to Emerson this Court deems just and proper.

Dated: August 16, 2021   Respectfully submitted,

HUSCH BLACKWELL LLP

By:   */s/Joseph C. Orlet*
    Joseph C. Orlet, #37732MO
    Matthew R. Grant, #50312MO
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    (314) 480-1500
    (314) 480-1505 Fax
    joseph.orlet@huschblackwell.com
    matt.grant@huschblackwell.com

Michael Klebanov, #66540MO
750 17th Street, NW, Suite 900
Washington, D.C. 20006-4675
(202) 378-2363
(202) 378-2319 Fax
Michael.Klebanov@huschblackwell.com

and

DOWD BENNETT

James F. Bennett, #46826MO
Hannah F. Preston, #59296MO
7733 Forsyth, Suite 1900
St. Louis MO 63105
(314) 889-7300 (Phone)
(314) 863-2111 (Fax)
jbennett@dowdbennett.com
hpreston@dowdbennett.com

*Attorneys for Defendant Emerson Electric Co.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 16th day of August, 2021, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon all counsel of record entered in this matter.

                                                                                       */s/ Joseph C. Orlet*