UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: EMERSON ELECTRIC CO. WET/DRY VAC MARKETING AND SALES LITIGATION, | ) ) ) ) ) ) ) ) ) | MDL No. 2382<br><br>Case No.. 4:12MD2382  HEA |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | | |

## ORDER

**IT IS HEREBY ORDERED** that due to the Court's trial docket, the class certification hearing set in this matter for Wednesday, November 17, 2021, is reset to January 26, 2022, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 15th day of November, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE