# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

IN RE: EMERSON ELECTRIC CO.  )
WET/DRY VAC MARKETING        )
AND SALES LITIGATION,        )
                             )          CASE NO: 4:12MD2382 HEA
                             )
                             )
                             )
                             )

## JUDGMENT

In accordance with the Opinions entered on February 28, 2023, March 1,

2023, March 2, 2023, and this dated,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

judgment is entered in favor of Defendant and against Plaintiffs.

Dated this 3rd day of March 2023.

_____
      HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE